IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

DARLEA ANN DRAY, )
)
      Plaintiff, )
)
v. ) Case No. CIV-08-105-RAW
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security )
Administration, )
)
      Defendant. )

## ORDER

On March 26, 2009, Magistrate Judge West entered her Report and Recommendation in the above-referenced case, recommending that this court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to plaintiff. On April 7, 2009, plaintiff filed a timely objection to the Magistrate Judge's Report and Recommendation, which the court has duly considered.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's findings are supported by substantial evidence and the prevailing legal authority. The Magistrate Judge's recommendation to affirm the ALJ is well-supported. As a result, plaintiff's objections to the Report and Recommendation are therefore overruled.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's findings and order. The decision of the Secretary is affirmed.

**ORDERED THIS 20th DAY OF APRIL, 2009.**

**Dated this 20th Day of April 2009.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0